

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jacob Floyd Shelton,                              * From the 29th District Court
                                                   of Palo Pinto County,
                                                   Trial Court No. 17380.

Vs. No. 11-23-00175-CR                           * June 27, 2024

The State of Texas,                              * Memorandum Opinion by Bailey, C.J.
                                                   (Panel consists of: Bailey, C.J.,
                                                   Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.